CHAINLESS CYCLE MANUFACTURING COMPANY, Respondent, *v.* THE SECURITY INSURANCE COMPANY OF NEW HAVEN, CONNECTICUT, Appellant.

Reported below, 52 App. Div. 104.
(Argued October 1, 1900; decided October 9, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1900, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the grounds that the defendant's exceptions are frivolous and that there is no question of law for this court to review.

*Moses Shire* for motion.

*Horace McGuire* opposed.

Motion denied, with ten dollars costs.